IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Roddy Prophet, | CASE NO: 1:17-cv-00902 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| Cuyahoga County, | **MEMORANDUM IN SUPPORT OF MOTION TO PERMIT LEGAL INTERNS TO PARTICIPATE IN PROCEEDINGS ON BEHALF OF PLAINTIFF RODDY PROPHET** |
| Ken Mills, in his official and individual capacities as Regional Director of Corrections for the Cuyahoga County Sheriff's Department, | |
| Ronald Shobert, in his official and individual capacities as Former Administrative Warden for the Cuyahoga County Sheriff's Department, | |
| Kenneth Kochevar, in his official and individual capacities as Former Director of Corrections for the Cuyahoga County Sheriff's Department, | |
| Victor McArthur, in his official and individual capacities as Associate Warden of Corrections for the Cuyahoga County Sheriff's Department, | |
| Eric J. Ivey, in his official and individual capacities as Associate Warden of Corrections for the Cuyahoga County Sheriff's Department, | |
| Freddie Ballard, in his official and individual capacities as Corrections Officer for the Cuyahoga County Sheriff's Department, | |
| Dr. Muhammad Momen, Lead Chief Clinical Officer at Northcoast Behavioral Healthcare, in his individual capacity, | |
| and | |
| Aurelius Hill, | |
| Defendants. | |

Plaintiff Roddy Prophet filed a lawsuit against Defendants Cuyahoga County Board of Commissioners, Ken Mills, Ronald Shobert, Kenneth Kochevar, Victor McArthur, Eric Ivey, Freddie Ballard, Dr. Muhammad Momen, and Aurelius Hill. The undersigned, a supervising attorney at the Milton A. Kramer Law Clinic Center at Case Western Reserve University School of Law ("Kramer Center"), is appearing as counsel of record for Plaintiff before this Court.

The undersigned advises the Court that Ms. Ashley Everett, Mr. Ming Guan, and Ms. Katlyn Patton, who are currently enrolled in the Civil Rights, Human Rights, and Immigration Clinic run by the Kramer Center, are certified legal interns under Ohio Sup. Ct. R. Gov. Bar II(1)(3), and are therefore already permitted to participate in litigation matters in Ohio state courts under the supervision of the undersigned. Plaintiff therefore moves the Court to permit the three legal interns to participate in this matter on his behalf as though they were duly licensed attorneys in cases pending before this Court.

Although this Court has no specific rule governing appearances by legal interns, Local Civil Rule 83.6 permits law-student representation in these circumstances. The applicable provisions of that rule permit law students to participate if:

(1) they are "enrolled in a school of law accredited by the American Bar Association"

(2) they have "completed one-half of the credit hours required for graduation";

(3) parties to the litigation "have advised the Court that they agree to the student[s'] participation and that full explanation has been made of the student[s'] status"; and

(4) "the student[s] shall receive no compensation, directly or indirectly, for participation, other than the award of academic credit."

2

*See* Local Civil Rule 83.6, 83.6(a), 83.6(b). The undersigned supervising attorney represents that Ms. Everett, Mr. Guan, and Ms. Patton satisfy criteria (1), (2), and (4), and that parties will be apprised of the students' status after service of the Complaint. In addition, Plaintiff has received a full explanation of the legal interns' status and has agreed to the interns' participation on his behalf. The undersigned also advises the Court that supervising attorneys from the Kramer Center will be present with the legal interns during any Court proceedings in which the Plaintiff's interests may be implicated.

For the reasons set forth above, Plaintiff respectfully submits that the Court should grant his motion to permit Ms. Everett, Mr. Guan, and Ms. Patton to participate in this matter before the Court as counsel for Plaintiff.

Respectfully submitted,

*/s/ Avidan Y. Cover*

AVIDAN Y. COVER (0087534)
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio  44106
Telephone: 216.368.2766
Facsimile: 216.368.5137
Email: avidan.cover@case.edu

Attorney for Plaintiff Roddy Prophet

DATED: September 7, 2017
CV-3716-PLDG-170905-Memorandum in Support of Motion to Permit Intern Participation