IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RODDY PROPHET, | CASE NO. 1:17-CV-902 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| vs. | |
| | **STIPULATION AND NOTICE OF** |
| CUYAHOGA COUNTY, *et al.*, | **VOLUNTARY DISMISSAL** |
| | **WITHOUT PREJUDICE** |
| Defendants. | |

Plaintiff Roddy Prophet; Defendants Cuyahoga County, Ken Mills, Robert Shobert, Kenneth Kochevar, Victor McArthur, Eric J. Ivey, Freddie Ballard ("Cuyahoga County Defendants"); and Defendants Dr. Zinovi Goubar, Dr. A. Adityanjee, and Elizabeth Tady ("Northcoast Defendants") hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims are dismissed without prejudice.

This shall also service as notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to Defendant Aurelius Hill that Plaintiff Roddy Prophet dismisses without prejudice his claims against Defendant Aurelius Hill.

Respectfully submitted,

/s/ Sabrina Turner
Sabrina Turner
 Legal Intern

/s/ Yunlang Hu
Yunlang Hu
Legal Intern

/s/ Krithika Rajkumar
Krithika Rajkumar
Legal Intern

/s/ Samantha Smyth
Samantha Smyth
Legal Intern

/s/ Avidan Y. Cover
AVIDAN Y. COVER (0087534)
Attorney at Law
MILTON A. KRAMER LAW CLINIC CENTER
CASE WESTERN RESERVE UNIVERSITY
SCHOOL OF LAW
11075 East Boulevard
Cleveland, Ohio 44106
Telephone: (216) 368-2766
Fax: (216) 368-5137
Email: avidan.cover@case.edu

*Attorneys for Plaintiff Roddy Prophet*

**MICHAEL DEWINE** (0009181)
Ohio Attorney General

/s/ Roger F. Carroll
ROGER F. CARROLL (0023142)
Trial Attorney
Principal Assistant Attorney General

/s/ Shalyn C. Smith
SHALYN C. SMITH (0096026)
Assistant Attorney General

/s/ Stephanie L. Deters
STEPHANIE L. DETERS (0092763)
Assistant Attorney General

Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3400
Telephone: (614) 644-3480
Fax: (844) 237-7633
Roger.Carroll@OhioAttorneyGeneral.gov
Shaylin.Smith@OhioAttorneyGeneral.gov
Stephanie.Deters@OhioAttorneyGeneral.gov

*Attorneys for Northcoast Defendants*

2

**MICHEAL C. O'MALLEY**, Prosecuting
Attorney of Cuyahoga County, Ohio

/s/ Jennifer M. Meyer
JENNIFER M. MEYER (0077853)
NORA E. POORE (0079609)
Assistant Prosecuting Attorneys
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Tel: (216) 443- 7800
Fax: (216) 443- 7602
Jmeyer@prosecutor.cuyahogacounty.us
npoore@prosecutor.cuyahogacounty.us

*Attorneys for Cuyahoga County Defendants*

DATED: February 27, 2018
CV-3716-PLDG-E-File-180227-Stipulation and Notice of Voluntary Dismissal Without Prejudice

3

**PROOF OF SERVICE**

I hereby state that on February, 27, 2018, a copy of the foregoing Stipulation and Notice of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

A copy of the foregoing was also sent via regular mail to the following:

Aurelius Hill
c/o Jim Bartell
P.O. Box 678003
1756 Sagamore Road
Northfield, Ohio 44067

/s/ Avidan Y. Cover
AVIDAN Y. COVER (0087534)

*Attorney for Plaintiff Roddy Prophet*